**FILED**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 MAR 25 I ₱ 4: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)

CASE NUMBER:   3:01-cr-178-J-20HTS
USM NUMBER:   29483-018

v.

ANDRE CALHOUN

Defendant's Attorney:   James H. Burke, Jr. (pda)

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge number(s)____ Four, Five and Six ____ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, sale of crack cocaine, while on supervision. | January 2009 |
| Two | Association with a person engaged in criminal activity. | January 2009 |
| Three | Failure to notify within ten (10) days of a change in residence. | January 2009 |
| Four | New criminal conduct, possession of cocaine and crack cocaine, while on supervision. | February 2009 |
| Five | New criminal conduct, possession of marijuana, while on supervision. | February 2009 |
| Six | Failure to notify within 72 hours after being arrested or questioned by a law enforcement officer. | February 2009 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___X___ Charge number(s)___ One, Two and Three _____ are dismissed pursuant to oral motion by the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 25, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: March 25, 2009

| | | |
|---|---|---|
| Defendant: | ANDRE CALHOUN | Judgment - Page 2 of 2 |
| Case No.: | 3:01-cr-178-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **33 months, to run consecutively to any sentence imposed or yet to be imposed in Putnam County, Florida.**

___X___ The Court makes the following recommendations to the Bureau of Prisons:
FCI Coleman, FL.

___X___ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.     p.m.     on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL